ACCEPTED
01-17-00955-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/20/2018 1:47 PM
CHRISTOPHER PRINE
CLERK

*CASE NO. 01-17-00955-CV*

IN THE FOURTEENTH COURT OF APPEALS
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/20/2018 1:47:03 PM
CHRISTOPHER A. PRINE
Clerk

*LAURIE MEJIA-ROSA*

Appellant

vs.

*JOHN MOORE SERVICES, INC, MBS FOUNTAINS OF TOMBALL LTD.
D/B/A FOUNTAINS OF TOMBALL, AND HENRY S. MILLER REALTY
MANAGEMENT, LLC*

Appellee

**On Appeal from 215th District Court
Harris County, Texas
Trial Court Cause No. 2014-00998 and 2014-00998A**

**FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S OPENING BRIEF**

Caj D. Boatright
State Bar No. 24036237
cboatright@arnolditkin.com
Kurt Arnold
State Bar No. 24036150
karnold@arnolditkin.com
Alison Baimbridge
State Bar No. 24040160
abaimbridge@arnolditkin.com
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, TX  77007
Telephone:  (713) 222-3800
Facsimile:  (713) 222-3850
e-service@arnolditkin.com
*COUNSEL FOR APPELLANT*

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellant Laurie Mejia-Rosa, through undersigned counsel, respectfully moves this honorable Court for an extension of time in which to file a Response to the brief in the above-captioned appeal, and as grounds states as follows:

1.    The present deadline for filing the brief is March 23, 2018.

2.    Appellants seek a 60-day extension, until May 22, 2018, in which to file their brief.

3.    This is Appellants' first request for an extension of time to file their brief.

4.    For the last few weeks, Counsel for Mejia-Rosa has been required to travel out-of-state on numerous occasions for hearings and depositions. Additionally, Counsel for Mejia-Rosa is preparing for a Jones Act trial that isi preferentially set and will begin on Monday, March 19, 2018, in Cause No. 2016-14927; *Jane Doe v. Transcoean Offshore Deepwater Drilling, Inc et al.* in the 151st District Court of Harris County, Texas.

5.    Due to counsel for Mejia-Rosa's current workload, previously scheduled depositions, court appearances and trials in other matters, counsel for Mejia-Rosa needs more time to adequately review the record on appeal and prepare Appellant's brief.

6.    Appellants' brief is currently due March 23, 2018.

7.      Appellants request an extension of 60 days, so that Appellants' brief may be prepared.  Such an extension would extend the filing date for Appellants' reply brief to May 22, 2018.

8.      This extension request is not intended for any undue delay or prejudice, but so that Appellants have sufficient time to prepare their brief and that justice may be done.

WHEREFORE, Appellants respectfully request that this Honorable Court grant this motion, affording them a 60-day extension of time, through and until May 22, 2108, to file their opening brief, and for such other and further relief as this Honorable Court deems appropriate.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Caj D. Boatright*
Caj D. Boatright
State Bar No. 24036237
cboatright@arnolditkin.com
Kurt Arnold
State Bar No. 24036150
karnold@arnolditkin.com
Alison Baimbridge
State Bar No. 24040160
abaimbridge@arnolditkin.com
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, TX  77007
Telephone:  (713) 222-3800
Facsimile:  (713) 222-3850
e-service@arnolditkin.com
***COUNSEL FOR APPELLANT***

## CERTIFICATE OF CONFERENCE

Counsel for Appellants have conferred with counsel for Appellee in a good faith effort to avoid any issues that might be raised by this motion. Counsel for Appellee has advised that they have no opposition to the extension of time requested herein.

*/s/ Alison Baimbridge*

Alison Baimbridge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Unopposed Motion for Extension of Time to File Appellant's Reply Brief* has been forwarded to all counsel of record in accordance with the Texas Rules of Appellate Procedure on this 20th day of March, 2018.

Mr. Michael W. Magee
MEHAFFY WEBER
500 Dallas Street, Ste 1200
Houston, Texas 77002
michaelmagee@mehaffyweber.com
patriciachamblin@mehaffyweber.com
**ATTORNEY FOR JOHN MOORE SERVICES, INC.**

Spencer Edwards
The Hudgins Law Firm
24 Greenway Plaza, Suite 2000
Houston, Texas 77046
Sedwards@hudgins-law.com
**ATTORNEY FOR TT-FOUNTAINS OF TOMBALL, LTD., INCORRECTLY NAMED AS MBS FOUNTAINS OF TOMBALL, LTD. D/B/A FOUNTAINS OF TOMBALL, AND HENRY S. MILLER REALTY MANAGEMENT, LLC**

*/s/ Alison Baimbridge*

Alison Baimbridge